# ATTACHMENT TO PETITION

# EVIDENCE OF 60 DAYS OF INCOME



**CRYOVAC INC**
2415 CASCADE POINTE BLVD.
CHARLOTTE, NC 28208

# EARNINGS Statement

Period Beginning: 02/16/2019
Period Ending: 02/28/2019
Pay Date: 02/25/2019

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 8
 NY: 8

MICHAEL R CAPUTO
45 BAUERS COVE
SPENCERPORT NY 14559

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4374.51 | 86.67 | 4,374.51 | 17,498.04 |
| Txltd (Er Cost) | | | 4.10 | 16.40 |
| **Gross Pay** | | | **$4,378.61** | 17,514.44 |

| | this period | |
|---|---|---|
| Net Pay | $2,511.99 | |
| Checking 1 | -2,511.99 | |
| Net Check | $0.00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -207.88 | 831.52 |
| | Social Security Tax | -246.58 | 986.33 |
| | Medicare Tax | -57.66 | 230.67 |
| | NY State Income Tax | -180.18 | 720.72 |
| | **Other** | | |
| | Accident | -11.89 | 47.56 |
| | Ad&D | -6.55 | 26.20 |
| | Child Life Ins | -0.50 | 2.00 |
| | Company Car | -40.00 | 160.00 |
| | Critical Ill | -17.20 | 68.80 |
| | Dental | -25.94* | 103.76 |
| | Hsa Employee | -150.00* | 600.00 |
| | Medical | -232.92* | 931.68 |
| | Prepaid Legal | -9.13 | 36.52 |
| | Spouse Life | -3.62 | 14.48 |
| | Supp Life | -59.38 | 237.52 |
| | Supp Ltd | -30.01 | 120.04 |
| | Taxable Ltd Er | -4.10 | 16.40 |
| | Vision | -8.73* | 34.92 |
| | 401K | -218.73* | 874.92 |
| | 401K Loan 2 | -133.44 | 533.76 |
| | 401K Loan 4 | -222.18 | 888.72 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,758.42

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ee Gtl Taxable | 16.13 | 64.52 |
| Hsa Er Seed | | 1,000.00 |
| Hsa Er Seed Ytd | | 1,000.00 |
| 401Kermatch Ytd | | 699.92 |

© 2000 ADP, LLC



CRYOVAC INC
2415 CASCADE POINTE BLVD.
CHARLOTTE, NC 28208

Advice number: 00000080002
Pay date: 02/25/2019

Deposited to the account of
MICHAEL R CAPUTO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5720 | xxxx xxxx | $2,511.99 |



**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**




# Earnings Statement

CRYOVAC INC
2415 CASCADE POINTE BLVD.
CHARLOTTE, NC 28208

Period Beginning: 03/01/2019
Period Ending: 03/15/2019
Pay Date: 03/08/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 8
  NY: 8

MICHAEL R CAPUTO
45 BAUERS COVE
SPENCERPORT NY 14559

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4374.51 | 86.67 | 4,374.51 | 21,872.55 |
| Txltd (Er Cost) | | | 4.10 | 20.50 |
| Gross Pay | | | $4,378.61 | 21,893.05 |

| | | | |
|---|---|---|---|
| Net Pay | | | $2,511.97 |
| Checking 1 | | | -2,511.97 |
| Net Check | | | $0.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -207.88 | 1,039.40 |
| | Social Security Tax | -246.59 | 1,232.92 |
| | Medicare Tax | -57.67 | 288.34 |
| | NY State Income Tax | -180.18 | 900.90 |
| | **Other** | | |
| | Accident | -11.89 | 59.45 |
| | Ad&D | -6.55 | 32.75 |
| | Child Life Ins | -0.50 | 2.50 |
| | Company Car | -40.00 | 200.00 |
| | Critical Ill | -17.20 | 86.00 |
| | Dental | -25.94* | 129.70 |
| | Hsa Employee | -150.00* | 750.00 |
| | Medical | -232.92* | 1,164.60 |
| | Prepaid Legal | -9.13 | 45.65 |
| | Spouse Life | -3.62 | 18.10 |
| | Supp Life | -59.38 | 296.90 |
| | Supp Ltd | -30.01 | 150.05 |
| | Taxable Ltd Er | -4.10 | 20.50 |
| | Vision | -8.73* | 43.65 |
| | 401K | -218.73* | 1,093.65 |
| | 401K Loan 2 | -133.44 | 667.20 |
| | 401K Loan 4 | -222.18 | 1,110.90 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,758.42

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ee Gtl Taxable | 16.13 | 80.65 |
| Hsa Er Seed | | 1,000.00 |
| Hsa Er Seed Ytd | | 1,000.00 |
| 401Kermatch Ytd | | 874.90 |

© 2000 ADP, LLC



CRYOVAC INC
2415 CASCADE POINTE BLVD.
CHARLOTTE, NC 28208

Advice number: 00000100003
Pay date: 03/08/2019

Deposited to the account of
MICHAEL R CAPUTO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5720 | xxxx xxxx | $2,511.97 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**


  

CRYOVAC INC
2415 CASCADE POINTE BLVD.
CHARLOTTE, NC 28208

003-0002

# Earnings Statement  ADP

Period Beginning: 03/16/2019
Period Ending: 03/31/2019
Pay Date: 03/25/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 8
  NY: 8

MICHAEL R CAPUTO
45 BAUERS COVE
SPENCERPORT NY 14559

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4374.51 | 86.67 | 4,374.51 | 26,247.06 |
| Txltd (Er Cost) | | | 4.10 | 24.60 |
| Sales Bns F&B | | | | 16,782.90 |
| **Gross Pay** | | | **$4,378.61** | 43,054.56 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -207.88 | 4,754.90 |
| | Social Security Tax | -246.58 | 2,520.04 |
| | Medicare Tax | -57.66 | 589.36 |
| | NY State Income Tax | -180.18 | 2,614.87 |
| | **Other** | | |
| | Accident | -11.89 | 71.34 |
| | Ad&D | -6.55 | 39.30 |
| | Child Life Ins | -0.50 | 3.00 |
| | Company Car | -40.00 | 240.00 |
| | Critical Ill | -17.20 | 103.20 |
| | Dental | -25.94* | 155.64 |
| | Hsa Employee | -150.00* | 900.00 |
| | Medical | -232.92* | 1,397.52 |
| | Prepaid Legal | -9.13 | 54.78 |
| | Spouse Life | -3.62 | 21.72 |
| | Supp Life | -59.38 | 356.28 |
| | Supp Ltd | -30.01 | 180.06 |
| | Taxable Ltd Er | -4.10 | 24.60 |
| | Vision | -8.73* | 52.38 |
| | 401K | -218.73* | 2,151.53 |
| | 401K Loan 2 | -133.44 | 800.64 |

| Other | this period | year to date |
|---|---|---|
| 401K Loan 4 | -222.18 | 1,333.08 |
| **Net Pay** | **$2,511.99** | |
| Checking 1 | -2,511.99 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,758.42

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ee Gtl Taxable | 16.13 | 96.78 |
| Hsa Er Seed | | 1,000.00 |
| Hsa Er Seed Ytd | | 1,000.00 |
| 401Kermatch Ytd | | 1,721.20 |

© 2000 ADP, LLC



CRYOVAC INC
2415 CASCADE POINTE BLVD.
CHARLOTTE, NC 28208

Advice number: 00000120002
Pay date: 03/25/2019

Deposited to the account of
MICHAEL R CAPUTO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5720 | xxxx xxxx | $2,511.99 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

Case 2-19-20476-PRW, Doc 4, Filed 05/09/19, Entered 05/09/19 16:21:01, Description: Main Document, Page 4 of 6




CRYOVAC INC
2415 CASCADE POINTE BLVD.
CHARLOTTE, NC 28208

# Earnings Statement

Period Beginning: 04/01/2019
Period Ending: 04/15/2019
Pay Date: 04/10/2019

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 8
NY: 8

MICHAEL R CAPUTO
45 BAUERS COVE
SPENCERPORT NY 14559

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4424.51 | 86.67 | 4,424.51 | 30,671.57 |
| Txltd (Er Cost) | | | 4.10 | 28.70 |
| Sales Bns F&B | | | | 16,782.90 |
| Gross Pay | | | $4,428.61 | 47,483.17 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -213.58 | 4,968.48 |
| | Social Security Tax | -249.68 | 2,769.72 |
| | Medicare Tax | -58.40 | 647.76 |
| | NY State Income Tax | -183.13 | 2,798.00 |
| | Other | | |
| | Accident | -11.89 | 83.23 |
| | Ad&D | -6.55 | 45.85 |
| | Child Life Ins | -0.50 | 3.50 |
| | Company Car | -40.00 | 280.00 |
| | Critical Ill | -17.20 | 120.40 |
| | Dental | -25.94* | 181.58 |
| | Hsa Employee | -150.00* | 1,050.00 |
| | Medical | -232.92* | 1,630.44 |
| | Prepaid Legal | -9.13 | 63.91 |
| | Spouse Life | -3.62 | 25.34 |
| | Supp Life | -59.38 | 415.66 |
| | Supp Ltd | -30.01 | 210.07 |
| | Taxable Ltd Er | -4.10 | 28.70 |
| | Vision | -8.73* | 61.11 |
| | 401K | -221.23* | 2,372.76 |
| | 401K Loan 2 | -133.44 | 934.08 |

| Other | | this period | year to date |
|---|---|---|---|
| 401K Loan 4 | | -222.18 | 1,555.26 |
| Net Pay | | $2,547.00 | |
| Checking 1 | | -2,547.00 | |
| Net Check | | $0.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,805.92

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ee Gtl Taxable | 16.13 | 112.91 |
| Hsa Er Seed | | 1,000.00 |
| Hsa Er Seed Ytd | | 1,000.00 |
| 401Kermatch Ytd | | 1,898.18 |

© 2000 ADP, LLC



CRYOVAC INC
2415 CASCADE POINTE BLVD.
CHARLOTTE, NC 28208

Advice number: 00000150002
Pay date: 04/10/2019

Deposited to the account of
MICHAEL R CAPUTO

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx5720 | xxxx | xxxx | $2,547.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**




# EARNINGS STATEMENT

CRYOVAC INC
2415 CASCADE POINTE BLVD.
CHARLOTTE, NC 28208

005-0002

Period Beginning: 04/16/2019
Period Ending: 04/30/2019
Pay Date: 04/25/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 8
  NY: 8

MICHAEL R CAPUTO
45 BAUERS COVE
SPENCERPORT NY 14559

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4424.51 | 86.67 | 4,424.51 | 35,096.08 |
| Txltd (Er Cost) | | | 4.10 | 32.80 |
| Sales Bns F&B | | | | 16,782.90 |
| **Gross Pay** | | | **$4,428.61** | 51,911.78 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -213.58 | 5,182.06 |
| | Social Security Tax | -249.69 | 3,019.41 |
| | Medicare Tax | -58.39 | 706.15 |
| | NY State Income Tax | -183.13 | 2,981.13 |
| | **Other** | | |
| | Accident | -11.89 | 95.12 |
| | Ad&D | -6.55 | 52.40 |
| | Child Life Ins | -0.50 | 4.00 |
| | Company Car | -40.00 | 320.00 |
| | Critical Ill | -17.20 | 137.60 |
| | Dental | -25.94* | 207.52 |
| | Hsa Employee | -150.00* | 1,200.00 |
| | Medical | -232.92* | 1,863.36 |
| | Prepaid Legal | -9.13 | 73.04 |
| | Spouse Life | -3.62 | 28.96 |
| | Supp Life | -59.38 | 475.04 |
| | Supp Ltd | -30.01 | 240.08 |
| | Taxable Ltd Er | -4.10 | 32.80 |
| | Vision | -8.73* | 69.84 |
| | 401K | -221.23* | 2,593.99 |
| | 401K Loan 2 | -133.44 | 1,067.52 |

| Other | this period | year to date |
|---|---|---|
| 401K Loan 4 | -222.18 | 1,777.44 |
| **Net Pay** | **$2,547.00** | |
| Checking 1 | -2,547.00 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,805.92

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ee Gtl Taxable | 16.13 | 129.04 |
| Hsa Er Seed | 200.00 | 1,200.00 |
| Hsa Er Seed Ytd | | 1,200.00 |
| 401Kermatch Ytd | | 2,075.16 |

© 2000 ADP, LLC

---



CRYOVAC INC
2415 CASCADE POINTE BLVD.
CHARLOTTE, NC 28208

Advice number: 00000170002
Pay date: 04/25/2019

Deposited to the account of
MICHAEL R CAPUTO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5720 | xxxx xxxx | $2,547.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

Case 2-19-20476-PRW,   Doc 4,   Filed 05/09/19,   Entered 05/09/19 16:21:01,
Description: Main Document  , Page 6 of 6